# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:06-cr-10-DBH |
| | ) | |
| ASHLEY J. CHRISTINE *f/k/a* Gregory James Grant, | ) | |
| Defendant | ) | |

## ORDER ON DEFENDANT'S MOTIONS TO AMEND DOCKET AND REVOCATION JUDGMENT

The defendant's motion to amend revocation judgment and motion to amend docket are **GRANTED IN PART** as follows. She shall be named in both as "Ashley J. Christine, formerly known as Gregory James Grant." I am informed by Clerk's Office personnel that the Court's ECF system does not accommodate the format she requests of "now known as." I am also informed by the same administrative personnel that the government's concerns about indexing functions and name searches are unwarranted for court system records, because searching under either name will bring up the docket entries. (This Order applies only to Court system records.) The defendant has established grounds for the relief I am granting her, especially in her Reply Memorandum.

**SO ORDERED.**

DATED THIS 31ST DAY OF AUGUST, 2011

/S/ D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**